NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIS L. DOUGLAS,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1600

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-4976, Judge Scott Laurer.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Willis L. Douglas's unopposed motion to voluntarily withdraw his appeal and the parties' agreement as to the allocation of costs,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

2                                                    DOUGLAS v. MCDONOUGH

(2)  Each party shall bear its own costs.

FOR THE COURT

May 24, 2023                        /s/ Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                   Clerk of Court


ISSUED AS A MANDATE: May 24, 2023